United States District Court
Southern District of Texas
**FILED**

OCT 17 2018

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § |
| Nelson Ortiz-Peña AKA NELSON ORTEZ-PEÑA | § CRIMINAL NO. B-18-016-MJ |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

On or about September 20, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendant, Nelson Ortiz-Peña AKA NELSON ORTEZ-PEÑA, without making physical contact, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Ellis Perez, an Immigration & Customs Enforcement nurse, while he was engaged in his official duties.

In violation of Title 18, United States Code, Section 111(a).

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ANGEL CASTRO
Assistant United States Attorney