United States District Court
Southern District of Texas
**ENTERED**
October 17, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| VS. | § | CASE NO.: **B-18-MJ-016-01** |
| **Nelson Ortiz-Pena** <br> aka Nelson Ortez-Pena | § | |

### JUDGMENT

On **October 17, 2018**, defendant appeared in person and with appointed counsel, **Sandra Zayas,** Assistant Federal Public Defender.

Whereupon the defendant entered a plea of guilty to the offense of without making physical contact, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Ellis Perez, an Immigration and Customs Enforcement nurse, while he was engaged in his official duties, in violation of Title 18, United States Code, Section 111(a), as charged in the Amended Criminal Information, and the Court having asked the defendant whether **he** had anything to say why judgment should not pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to **75 days confinement; one (1) year term of Supervised Release without supervision;** and a special assessment fee of $25.00 is imposed (REMITTED).

DONE at Brownsville, Texas, on **October 17, 2018.**

_____
Ronald G. Morgan
United States Magistrate Judge

### R E T U R N

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of the Judgment.

By: _____,
Deputy U.S. Marshal